(No. 74-CC-203—Claimant )

MRS. YVONNE RICE, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed January 22, 1974.*

MRS. YVONNE RICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-233—Claimant )

JOHN W. CASTLE, Special Assistant Attorney General, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 22, 1974.*

JOHN W. CASTLE, Special Assistant Attorney General, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.